**Order filed, June 21, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00454-CV
_____

**JUMANA  M. BARABARAWI, Appellant**

**V.**

**MAHAER ABU RAYYAN, Appellee**

**On Appeal from the 312th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-74023**

## ORDER

The reporter's record in this case was due **June 11, 2012**.  *See* Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Barbara Majors and/or the official court reporter of the 312th District Court**, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM